IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHANTELLA WALLACE, | ) | CASE NO. 8:05CV16 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY DUNNING, SHERIFF OF | ) | ORDER |
| DOUGLAS COUNTY and DOUGLAS | ) | |
| COUNTY, NEBRASKA and ROBERT | ) | |
| HOUSTON, Director of Douglas | ) | |
| County Correctional Center, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on  Plaintiff's Motion For an Enlargement of

Time (Filing No. 29) in which to respond to Defendants' Motion for Summary Judgment.  Just

cause for the Motion being demonstrated and there being no objection hereto by the Defendants,

the Court finds that Plaintiff's Motion For Enlargement of Time should be granted.

IT IS THEREFORE ORDERED that Plaintiff shall file opposition documents for

Summary Judgment on or before **November 29, 2005**.

Dated this 2nd day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE